# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- )<br><br>Creek Services, LLC )<br><br>)<br><br>)<br><br>)<br><br>)<br><br>)<br>Under Contract No. W912P8-09-D-0045 ) | ASBCA Nos. 59105, 59106, 59187<br>59188, 59189, 59190<br>59239, 59240, 59241<br>59242, 59243 |

APPEARANCE FOR THE APPELLANT: Ms. Terri Hightower
CEO

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
Denise D. Frederick, Esq.
  District Counsel
J. Emmanuel I. Santa Teresa, Esq.
William G. Meiners, Esq.
  Engineer Trial Attorneys
U.S. Army Engineer District, New Orleans

## ORDER OF DISMISSAL

The dispute which is the subject of these appeals having been settled, these appeals are hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeals must be filed within 90 days of the date of this Order.

Dated: 2 March 2015

ELIZABETH A. TUNKS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59105, 59106, 59187, 59188, 59189, 59190, 59239, 59240, 59241, 59242, 59243, Appeals of Creek Services, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals